UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE HOOD                                    CIVIL ACTION

VERSUS                                         NO: 08-3205

SHERIFF JACK STRAIN, JR., ET                   SECTION: R(2)
AL.


### ORDER

Having reviewed *de novo* the complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that plaintiff's claims are DISMISSED with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.


New Orleans, Louisiana, this 10th day of September, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE